FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 25–113 JB |
| vs. | Count 1: 21 U.S.C. § 846: Conspiracy; |
| **DINEH BENALLY**, | Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii): Manufacture of 1,000 Kilograms and More of Marijuana and 1,000 and More Marijuana Plants; |
| Defendant. | Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii): Possession with Intent to Distribute 1,000 Kilograms and More of Marijuana and 1,000 and More Marijuana Plants; |
| | Count 4: 21 U.S.C. § 856(a): Maintaining Drug-Involved Premises; |
| | Count 5: 18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime; |
| | Count 6: 8 U.S.C. § 1324a(a)(1)(A): Unlawful Employment of Illegal Alien; |
| | Count 7: 8 U.S.C. § 1324(a)(1)(A)(v)(I): Conspiracy to Harbor Illegal Aliens; |
| | Count 8: 18 U.S.C. § 545: Smuggling Goods into the United States; and |
| | Count 9: 18 U.S.C. § 1519: Concealment of Records in Federal Investigation. |

## INFORMATION

The United States Attorney charges:

Count 1

Beginning on a date unknown, but no later than on or about January 1, 2022, and continuing to on or about January 23, 2025, in Torrance County, in the District of New Mexico, and elsewhere, the defendant, **DINEH BENALLY**, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, manufacture of, and possession with intent to distribute, a controlled substance.

Quantity of Marijuana Involved in the Conspiracy

With respect to **DINEH BENALLY**, the amount of marijuana involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 1,000 kilograms and more of a mixture and substance containing a detectable amount of marijuana and 1,000 and more marijuana plants regardless of weight, contrary to 21 U.S.C. § 841(b)(1)(A)(vii).

Count 2

On or about January 23, 2025, in Torrance County, in the District of New Mexico, the defendant, **DINEH BENALLY**, unlawfully, knowingly, and intentionally manufactured a controlled substance, and the offense involved 1,000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, and 1,000 and more marijuana plants regardless of weight.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii).

Count 3

On or about January 23, 2025, in Torrance County, in the District of New Mexico, the defendant, **DINEH BENALLY**, unlawfully, knowingly, and intentionally possessed with intent to

distribute a controlled substance, and the offense involved 1,000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, and 1,000 and more marijuana plants regardless of weight.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii).

### Count 4

On or about January 23, 2025, in Torrance County, in the District of New Mexico, the defendant, **DINEH BENALLY**, knowingly opened, leased, rented, used, and maintained two marijuana farms in Estancia, New Mexico, for the purpose of manufacturing, distributing, and using a controlled substance, specifically, marijuana, and managed and controlled said places, and knowingly and intentionally rented, leased, profited from, and made available for use said places, for the purpose of unlawfully manufacturing, storing, distributing, and using said controlled substance.

In violation of 21 U.S.C. § 856(a).

### Count 5

On or about January 23, 2025, in Valencia County, in the District of New Mexico, the defendant, **DINEH BENALLY**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, conspiracy to commit a drug trafficking offense and possession with intent to distribute marijuana, as charged in Counts 1 and 3 of this information.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

### Count 6

Beginning on a date unknown, but no later than on or about January 1, 2022, and continuing to on or about January 23, 2025, in Torrance County, in the District of New Mexico, and elsewhere,

the defendant, **DINEH BENALLY**, hired for employment in the United States two aliens, knowing that said aliens were unauthorized aliens.

In violation of 18 U.S.C. § 1324a(a)(1)(A) and (f)(1).

## Count 7

Beginning on a date unknown, but no later than on or about January 1, 2022, and continuing to on or about January 23, 2025, in Torrance County, in the District of New Mexico, and elsewhere, the defendant, **DINEH BENALLY**, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to commit an offense defined in 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i), specifically, harboring unauthorized aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

## Count 8

Beginning on a date unknown, but no later than on or about January 1, 2022, and continuing to on or about January 23, 2025, in Torrance County, in the District of New Mexico, and elsewhere, the defendant, **DINEH BENALLY**, did willfully and fraudulently import and bring into the United States certain merchandise, that is, Chinese and Japanese pesticides containing pyridaben, isoprocarb, fenpropathrin, profenofos, pyrimethanil, procymidone, and fenobucarb, contrary to law, in that the pesticides were not unladen in the presence of and inspected by a customs officer at the first port of entry at which such merchandise arrived in the United States.

In violation of 18 U.S.C. § 545 and 19 CFR § 12.113.

## Count 9

On or about January 23, 2025, in Valencia County, in the District of New Mexico, the defendant, **DINEH BENALLY**, did knowingly conceal a cellular phone, cash, and documents,

4

with the intent to impede, obstruct, and influence the investigation and proper administration of a matter that the defendant knew was within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States.

In violation of 18 U.S.C. § 1519.

## FORFEITURE ALLEGATION

Counts 1 through 3 of this information are realleged and incorporated as part of this section for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, the defendant, **DINEH BENALLY**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which the defendant is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s) of conviction.

The property to be forfeited to the United States includes, but is not limited to, the following:

    a. Taurus PT-145 PIG .45 ACP Pistol with Magazine; Serial Number: NAU97856;

    b. Winchester 9422 MXIR .22 WINMAG Lever Action Rifle; Serial Number: F538684, and

    c. Approximately $35,060.00 in United States currency.

Upon conviction of any offense in violation of 18 U.S.C. § 924(c), the defendant, **DINEH BENALLY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a.  Taurus PT-145 PIG .45 ACP Pistol with Magazine; Serial Number: NAU97856; and

b.  Winchester 9422 MXIR .22 WINMAG Lever Action Rifle; Serial Number: F538684.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*/s/ Matthew McGinley*

MATTHEW J. MCGINLEY
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax