The Honorable Judge Browning

United States District Court

District of New Mexico

333 Lomas Blvd. NW

Albuquerque, NM 87102


Re: Support for the Release of Mr. Donald Benally


# Dear Honorable Judge Browning:

    Enclosed here are requests release of Mr. Donald Benally. Your assistance will be greatly appreciated.





# SHIPROCK CHAPTER GOVERNMENT
## OF THE NAVAJO NATION
P.O. BOX 3810, SHIPROCK NM 87420

PHONE: (505) 368-1081 | FAX: (505) 368-1092 | EMAIL: shiprock@navajochapters.org

October 22, 2025

The Honorable Judge Browning
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

Re: Support for the Release of Mr. Donald Benally

Dear Judge Browning:

My name is Raymond John, and I am writing to express my strong support for the release of Mr. Donald Benally pending judicial proceedings and trial for his pending federal charges. I have known Donald all my life-over sixty-five (65) years. We grew up together on the Navajo Nation and are clan relatives. I have had the privilege of knowing him as a friend, relative, and community member who has always shown respect, humility, and compassion for others.

Donald's life is a story of perseverance and strength. He overcame many hardships growing up in our remote Navajo communities, where water and electricity were, and still are, limited. Despite these challenges, Donald worked hard to earn a college degree-an achievement that stands as an inspiration to many from our humble beginnings. His determination to improve his life and help others has been a great example to our people.

Even today, many Navajo families still live without running water or electricity due to the remoteness of our lands and lack of resources. Yet, Donald has always used his success and experience to uplift and encourage others, especially our young people, to pursue education and service to the community

Donald is also a veteran who served our country honorably. We deeply respect and honor our Navajo veterans for their courage and sacrifices. Donald has continued to serve his people with the same dedication he gave to his military service.

I can confidently say that Donald is not a threat to our community or to any person. On the contrary, he has always been a positive influence and a source of encouragement and leadership. His return home would be a great benefit to the Shiprock community and to all who know him.

For these reasons, I respectfully urge the Court to grant his release pending judicial proceedings and trial for his pending federal charges and allow him to return home to his family and community in Shiprock, New Mexico.

Thank you for your time and thoughtful consideration.

Sincerely,

Raymond John,
Shiprock Community Chapter President

| CHAPTER OFFICIALS | GRAZING OFFICIAL | FARM BOARD | COUNCIL DELEGATE |
|---|---|---|---|
| Raymond John – President<br>Debra A. Yazzie-Vice President<br>Loretta John – Secretary/Treasurer | Sarah Denetclaw-Begay | Lawrence Begay | Eugenia Charles-Newton |

 

# SHIPROCK CHAPTER GOVERNMENT
# OF THE NAVAJO NATION

P.O. BOX 3810, SHIPROCK NM 87420

PHONE: (505) 368-1081 | FAX: (505) 368-1092 | EMAIL: shiprock@navajochapters.org

---

October 22, 2025

The Honorable Judge Browning
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

Re: Support for the Release of Mr. Donald Benally

Dear Judge Browning:

My name is Loretta John, and I am writing to express my strong support for the release of Mr. Donald Benally pending judicial proceedings and trial for his pending federal charges. I have known Donald all my life-over sixty-five (65) years. We grew up together on the Navajo Nation and are clan relatives. I have had the privilege of knowing him as a friend, relative, and community member who has always shown respect, humility, and compassion for others.

Donald's life is a story of perseverance and strength. He overcame many hardships growing up in our remote Navajo communities, where water and electricity were, and still are, limited. Despite these challenges, Donald worked hard to earn a college degree-an achievement that stands as an inspiration to many from our humble beginnings. His determination to improve his life and help others has been a great example to our people.

Even today, many Navajo families still live without running water or electricity due to the remoteness of our lands and lack of resources. Yet, Donald has always used his success and experience to uplift and encourage others, especially our young people, to pursue education and service to the community

Donald is also a veteran who served our country honorably. We deeply respect and honor our Navajo veterans for their courage and sacrifices. Donald has continued to serve his people with the same dedication he gave to his military service.

I can confidently say that Donald is not a threat to our community or to any person. On the contrary, he has always been a positive influence and a source of encouragement and leadership. His return home would be a great benefit to the Shiprock community and to all who know him.

For these reasons, I respectfully urge the Court to grant his release pending judicial proceedings and trial for his pending federal charges and allow him to return home to his family and community in Shiprock, New Mexico.

Thank you for your time and thoughtful consideration.

Sincerely,

Loretta John,
Shiprock Community Chapter Secretary

---

**CHAPTER OFFICIALS**
Raymond John – President
Debra A. Yazzie-Vice President
Loretta John – Secretary/Treasurer

**GRAZING OFFICIAL**
Sarah Denetclaw-Begay

**FARM BOARD**
Lawrence Begay

**COUNCIL DELEGATE**
Eugenia Charles-Newton



# SHIPROCK CHAPTER GOVERNMENT
## OF THE NAVAJO NATION
P.O. BOX 3810, SHIPROCK NM 87420
PHONE: (505) 368-1081 | FAX: (505) 368-1092 | EMAIL: shiprock@navajochapters.org

October 22, 2025

The Honorable Judge Browning
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

Re: Support for the Release of Mr. Donald Benally

Dear Judge Browning:

My name is Lawrence Begay, and I am writing to express my strong support for the release of Mr. Donald Benally pending judicial proceedings and trial for his pending federal charges. I have known Donald all my life-over sixty-five (65) years. We grew up together on the Navajo Nation and are clan relatives. I have had the privilege of knowing him as a friend, relative, and community member who has always shown respect, humility, and compassion for others.

Donald's life is a story of perseverance and strength. He overcame many hardships growing up in our remote Navajo communities, where water and electricity were, and still are, limited. Despite these challenges, Donald worked hard to earn a college degree-an achievement that stands as an inspiration to many from our humble beginnings. His determination to improve his life and help others has been a great example to our people.

Even today, many Navajo families still live without running water or electricity due to the remoteness of our lands and lack of resources. Yet, Donald has always used his success and experience to uplift and encourage others, especially our young people, to pursue education and service to the community

Donald is also a veteran who served our country honorably. We deeply respect and honor our Navajo veterans for their courage and sacrifices. Donald has continued to serve his people with the same dedication he gave to his military service.

I can confidently say that Donald is not a threat to our community or to any person. On the contrary, he has always been a positive influence and a source of encouragement and leadership. His return home would be a great benefit to the Shiprock community and to all who know him.

For these reasons, I respectfully urge the Court to grant his release pending judicial proceedings and trial for his pending federal charges and allow him to return home to his family and community in Shiprock, New Mexico.

Thank you for your time and thoughtful consideration.

Sincerely,

Lawrence Begay,
Shiprock Community Farm Board Member

---

**CHAPTER OFFICIALS**
Raymond John – President
Debra A. Yazzie-Vice President
Loretta John – Secretary/Treasurer

**GRAZING OFFICIAL**
Sarah Denetclaw-Begay

**FARM BOARD**
Lawrence Begay

**COUNCIL DELEGATE**
Eugenia Charles-Newton

October 22, 2025

The Honorable Judge Browning
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

**Re: Support for the Release of Mr. Donald Benally**

Dear Judge Browning:

My name is Gilbert Badoni, and I am writing to express my strong support for the release of Mr. Donald Benally pending judicial proceedings and trial for his pending federal charges. I have known Donald all my life—over sixty-five (65) years. We grew up together on the Navajo Nation and are clan relatives. I have had the privilege of knowing him as a friend, relative, and community member who has always shown respect, humility, and compassion for others.

Donald's life is a story of perseverance and strength. He overcame many hardships growing up in our remote Navajo communities, where water and electricity were, and still are, limited. Despite these challenges, Donald worked hard to earn a college degree—an achievement that stands as an inspiration to many from our humble beginnings. His determination to improve his life and help others has been a great example to our people.

Even today, many Navajo families still live without running water or electricity due to the remoteness of our lands and lack of resources. Yet, Donald has always used his success and experience to uplift and encourage others, especially our young people, to pursue education and service to the community

Donald is also a veteran who served our country honorably. We deeply respect and honor our Navajo veterans for their courage and sacrifices. Donald has continued to serve his people with the same dedication he gave to his military service.

I can confidently say that Donald is not a threat to our community or to any person. On the contrary, he has always been a positive influence and a source of encouragement and leadership. His return home would be a great benefit to the Shiprock community and to all who know him.

For these reasons, I respectfully urge the Court to grant his release pending judicial proceedings and trial for his pending federal charges and allow him to return home to his family and community in Shiprock, New Mexico.

Thank you for your time and thoughtful consideration.

Sincerely,

Gilbert Badoni,
Shiprock Community Leader

October 22, 2025

The Honorable Judge Browning
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

**Re: Support for the Release of Mr. Donald Benally**

Dear Judge Browning:

My name is Richard Begaye, and I am writing to express my strong support for the release of Mr. Donald Benally pending judicial proceedings and trial for his pending federal charges. I have known Donald all my life—over sixty-five (65) years. We grew up together on the Navajo Nation and are clan relatives. I have had the privilege of knowing him as a friend, relative, and community member who has always shown respect, humility, and compassion for others.

Donald's life is a story of perseverance and strength. He overcame many hardships growing up in our remote Navajo communities, where water and electricity were, and still are, limited. Despite these challenges, Donald worked hard to earn a college degree—an achievement that stands as an inspiration to many from our humble beginnings. His determination to improve his life and help others has been a great example to our people.

Even today, many Navajo families still live without running water or electricity due to the remoteness of our lands and lack of resources. Yet, Donald has always used his success and experience to uplift and encourage others, especially our young people, to pursue education and service to the community

Donald is also a veteran who served our country honorably. We deeply respect and honor our Navajo veterans for their courage and sacrifices. Donald has continued to serve his people with the same dedication he gave to his military service.

I can confidently say that Donald is not a threat to our community or to any person. On the contrary, he has always been a positive influence and a source of encouragement and leadership. His return home would be a great benefit to the Shiprock community and to all who know him.

For these reasons, I respectfully urge the Court to grant his release pending judicial proceedings and trial for his pending federal charges and allow him to return home to his family and community in Shiprock, New Mexico.

Thank you for your time and thoughtful consideration.

Sincerely,

Richard Begaye,
Former Shiprock Council Delegate and Chapter Official

October 22, 2025

The Honorable Judge Browning
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

**Re: Support for the Release of Mr. Donald Benally**

Dear Judge Browning:

My name is Lula Jackson, and I am writing to express my strong support for the release of Mr. Donald Benally pending judicial proceedings and trial for his pending federal charges. I have known Donald all my life—over sixty-five (65) years. We grew up together on the Navajo Nation and are clan relatives. I have had the privilege of knowing him as a friend, relative, and community member who has always shown respect, humility, and compassion for others.

Donald's life is a story of perseverance and strength. He overcame many hardships growing up in our remote Navajo communities, where water and electricity were, and still are, limited. Despite these challenges, Donald worked hard to earn a college degree—an achievement that stands as an inspiration to many from our humble beginnings. His determination to improve his life and help others has been a great example to our people.

Even today, many Navajo families still live without running water or electricity due to the remoteness of our lands and lack of resources. Yet, Donald has always used his success and experience to uplift and encourage others, especially our young people, to pursue education and service to the community

Donald is also a veteran who served our country honorably. We deeply respect and honor our Navajo veterans for their courage and sacrifices. Donald has continued to serve his people with the same dedication he gave to his military service.

I can confidently say that Donald is not a threat to our community or to any person. On the contrary, he has always been a positive influence and a source of encouragement and leadership. His return home would be a great benefit to the Shiprock community and to all who know him.

For these reasons, I respectfully urge the Court to grant his release pending judicial proceedings and trial for his pending federal charges and allow him to return home to his family and community in Shiprock, New Mexico.

Thank you for your time and thoughtful consideration.

Sincerely,

Lula Jackson,
Shiprock Community Member